# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SALVADOR ZAPIEN, | CASE NO. 8:17-CV-00634-PA (SK) |
| --- | --- |
| Petitioner, | |
| v. | **JUDGMENT** |
| RON DAVIS, Warden | |
| Respondent. | |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED.

DATED: April 24, 2017

HON. PERCY ANDERSON
U.S. DISTRICT JUDGE